UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLIKEN & COMPANY,
**Plaintiff**

-v-

TULLAHOMA INDUSTRIES, LLC,
**Defendant**

Case No **JUDGE BAER**

**07 CV 3175**

Rule 7.1 Statement

APR 2 0 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __plaintiff__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 4/20/2007

Signature of Attorney

Attorney Bar Code: LG9140

Lloyd M. Green, Esq.
Otterbourg, Steindler, Houston
    & Rosen, P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100

Form Rule7_1.pdf