AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN                **DISTRICT OF**        NEW YORK

MILLIKEN & COMPANY

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

TULLAHOMA INDUSTRIES, LLC

## 07 CV 3175

## JUDGE BAER

TO: (Name and address of defendant)

Tullahoma Industries, LLC
c/o Richard Davenport
President
1727 Country Club Drive
Tullahoma, Tennessee 37388

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stanley L. Lane, Jr.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

APR 2 0 2007

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE *April 26, 2007* |
|---|---|
| NAME OF SERVER (PRINT) *Jerry M. Morris* | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: *Tullahoma Industries Accepted by Richard Davenport 1811 Old Estill Springs (President/Owner) Rd. Tullahoma, TN. 37388*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL *$75.00* | SERVICES *$100.00* | TOTAL *$175.00* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *April 26, 2007*
_____
Date

*Jerry M. Morris*
Signature of Server

A & A Investigations
248 Cedar Farm Lane
Rock Springs, GA 30739
Address of Server

*(423) 667-7177*

_____

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.