OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

230 PARK AVENUE
NEW YORK, NY 10169-0075

LLOYD M. GREEN
OF COUNSEL
ADMITTED IN NEW YORK AND D.C.
lgreen@oshr.com

TELEPHONE: (212) 661-9100
TELECOPIER: (212) 682-6104



RECEIVED
JUN 1 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y

May 30, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

VIA FEDERAL EXPRESS

The Honorable Harold Baer, Jr.
United States District Judge
United States District Court
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

Re: Milliken & Company v. Tullahoma Industries, LLC (07 CV 3175)

Dear Judge Baer:

We are the attorneys for Milliken & Company ("Milliken"), the plaintiff in the above-referenced matter. Milliken has advised us that it was contacted by the defendant in the within action, Tullahoma Industries, LLC ("Tullahoma"). During their discussion, Tullahoma represented that it was endeavoring to obtain counsel in this matter and was attempting to resolve its indebtedness with Milliken.

Accordingly, Milliken has agreed to extend Tullahoma's time to appear, answer or move in the within action to June 12, 2007. Milliken respectfully requests that the Court "so order" and memo endorse this application.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 6/12/07

Respectfully yours,

Lloyd M. Green (LG 9140)

cc: Tullahoma Industries, LLC (via Federal Express)
829624.1