OTTERBOURG, STEINDLER, HOUSTON
   & ROSEN, P.C.
Attorneys for Milliken & Company
230 Park Avenue
New York, New York
(212) 661-9100
Stanley L. Lane, Jr., (SL 8400)
Lloyd M. Green (LG 9140)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MILLIKEN & COMPANY,

|                          |                        |
|--------------------------|------------------------|
| Plaintiff,               | 07 Civ. 3175 (HB)      |
| - against -              | **NOTICE OF ENTRY**    |

TULLAHOMA INDUSTRIES, LLC,

Defendant.
------------------------------------------------------------------x

     PLEASE TAKE NOTICE that the annexed is a true and correct copy of an Order

Granting Judgment and Referring Matter to Magistrate Judge for Further Proceedings as to

Damages, dated June 28 2007, and entered on July 2, 2007, in the Office of the Clerk of the

United States District Court for the Southern District of New York.

Dated: New York, New York
      July 6, 2007

                         OTTERBOURG, STEINDLER, HOUSTON &
                         ROSEN, P.C.

By:_____
                         Lloyd M. Green  (LG 9140)
                       Attorneys for Plaintiff
                       230 Park Avenue
                       New York, New York 10169
                       (212) 661-9100

847798.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

MILLIKEN & COMPANY,

                          Plaintiff,

        - against -

TULLAHOMA INDUSTRIES, LLC,

                        Defendant.

------------------------------------------------------------x

07 Civ. 3175 (HB)

**ORDER GRANTING
JUDGMENT AND
REFERRING MATTER
TO MAGISTRATE JUDGE
FOR FURTHER
PROCEEDINGS
AS TO DAMAGES**

\# _07/1259_

This action having been commenced on April 20, 2007 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having personally served on the

defendant, TULLAHOMA INDUSTRIES, LLC, on April 26, 2007, by personally serving

Richard Davenport, president of defendant TULLAHOMA INDUSTRIES, LLC, at

TULLAHOMA INDUSTRIES, LLC, 1811 Old Estill Springs Road, Tullahoma, Tennessee

37388, and a proof of service having been filed on May 10, 2007, and the defendant having

neither appeared herein, nor answered or moved with respect to the Complaint, and the time for

answering the Complaint (or moving in respect thereof) having expired; and it appearing that

pursuant to Fed. R. Civ. P. 54(b) there is no just reason to delay the entry of an immediate

default judgment in plaintiff's favor for liability and damages against defendant on the First

Claim for Relief set forth in the Complaint; and it further appearing that judgment as to liability

only is also appropriate with respect to plaintiff's Second Claim for Relief as against defendant,

with the determination of damages thereon to be determined in subsequent proceedings

NOW, on the motion of OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C., counsel for plaintiff, MILLIKEN & COMPANY, it is

ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment on its First Claim set forth in the Complaint against defendant in the liquidated amount of $150,542.24, plus interest at 10.3 percent per annum from July 8, 2006 through June 28, 2007, (a total of $12,816.45 through June 28, 2007) and $42.48 for each day thereafter through the entry of judgment), amounting in all to $ 163,359.69 through June 28 , 2007, together with the costs and disbursements of this action as taxed and that plaintiff have enforcement thereof; and it is further

ORDERED, ADJUDGED AND DECREED:  That plaintiff have judgment against defendant for liability on plaintiff's the Second Claim set forth in the Complaint for recovery of plaintiff's reasonable and actual legal fees and expenses in prosecuting this action, and that this matter be referred to Magistrate Judge Frank Maas for further proceedings solely to determine the amount of plaintiff's actual and reasonable attorneys' fees incurred in this matter, and that plaintiff be entitled to enter a subsequent judgment against defendant in such amount after the determination thereof.

Dated: New York, New York
June 28, 2007

Harold Baer  U.S.D.J.

This document was entered on the docket on June July 3 , 2007 ML

842108.1

I, Lloyd M. Green, certify under penalty of perjury that on July 6, 2007 I caused a copy of the within Notice of Entry of an Order Granting Judgment and Referring Matter to Magistrate Judge for Further Proceedings as to Damages, dated June 28 2007, and entered on July 2, 2007, in the Office of the Clerk of the United States District Court for the Southern District of New York to be served upon defendant by Federal Express, Standard Overnight Delivery, for Monday, July 9, 2007 by placing said Notice in a wrapper addressed to:

> Tullahoma Industries, LLC
> 1811 Old Estill Springs Road
> Tullahoma, Tennessee 37388
> Att: Mr. Richard Davenport
> President

Lloyd M. Green

847798.1