ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

Milliken + Co.

v.

Tullahoma Industries, LLC

------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 3175 (HB) (FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

✗ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: of 6/28

Matter is to be resolved in concert with the ~~Pretrial Scheduling~~ Order attached.

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
       7/11/07

_____
United States District Judge

Revised: 8/29/05