UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
MILLIKEN & COMPANY,
          :
      Plaintiff,
          :      **SCHEDULING ORDER**

  -against-
          :      07 Civ. 3175 (HB) (FM)

TULLAHOMA INDUSTRIES, LLC,
          :
      Defendant.
          :
------------------------------------------------------------X

1. On July 13, 2007, Judge Harold Baer decided that a default judgment be entered against the defendant, but directed that the issue of the plaintiff's reasonable attorney's fees be referred to me so that an inquest may be held.

2. I direct plaintiff's counsel to send to me and serve on the defendant by September 20, 2007, an inquest memorandum, accompanied by supporting affidavits and exhibits, setting forth its proof of its actual and reasonable attorney's fees and any expenses related thereto not recoverable as costs.

3. I direct the defendant to send me and serve on the plaintiff, any opposing memoranda, affidavits and exhibits by October 4, 2007. In its papers the defendant must state whether a hearing is requested for the purpose of (a) cross-examining plaintiff's affiants, or (b) calling its own witnesses (and, if so, the name and address of each witness).

4. If a hearing is granted, a date for the hearing shall be fixed by the Court and provided to the parties.

5. Any request for an adjournment of the foregoing dates must be made in writing at least 48 hours prior to the scheduled date. Telephone requests for adjournments are not entertained.

6.  If no request for a hearing is made by October 4, 2007, then I shall make my report solely on the basis of the memoranda, affidavits, and exhibits without oral argument.

SO ORDERED:

Dated: New York, New York
July 20, 2007

FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Harold Baer
United States District Judge

Stanley L. Lane, Jr., Esq.
Otterbourg, Steindler, Houston & Rosen, PC
230 Park Avenue
New York, New York 10169
Via Facsimile @(917) 368-7143

Tullahoma Industries, LLC
c/o Richard Davenport, President
1727 Country Club Drive
Tullahoma, Tennessee 37388