**EXHIBIT "A"**

## MILLIKEN & COMPANY v. TULLAHOMA INDUSTRIES
## OSHR BILLS 3/2007 THROUGH 10/2007

| DATE | FEES | | DISBS. | TOTAL |
|---|---|---|---|---|
| 5/9/2007 | 5,622.00 | | 1.20 | 5,623.20 |
| 6/21/2007 | 1,539.00 | | 471.34 | 2,010.34 |
| 7/11/2007 | 12,533.00 | * | 473.16 | 13,006.16 |
| 8/20/2007 | 3,413.50 | | 71.68 | 3,485.18 |
| 9/26/2007 | 1,567.00 | | 103.49 | 1,670.49 |
| 10/24/2007 | 642.00 | | 65.19 | 707.19 |
| 11/27/2007 | 3,152.00 | ** | 22.60 | 3,174.60 |
| | $ 28,468.50 | | $ 1,208.66 | $ 29,677.16 |

"*" Fees reduced $122 as an adjustment for fees incurred
   in another Milliken matter that were inadvertently billed to this matter.

"**" Fees reduced $64 as an adjustment for fees incurred
   in another Milliken matter that were inadvertently billed to this matter.

927153v1