**<u>EXHIBIT "B"</u>**

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
MILLIKEN & COMPANY                                      MAY 9, 2007
1045 AVENUE OF THE AMERICAS                        BILL NO. 143287
NEW YORK, NY  10018-3799                                07650.0404
ATTN: MR. DENIS M. GOLDEN
```

MATTER:  V. TULLAHOMA INDUSTRIES, LLC

```
     LEGAL SERVICES (NEW CHARGES ONLY) THRU  04/30/2007           5,622.00
                    DISBURSEMENTS THRU  04/30/2007                     1.20
                                                            _____
                           CURRENT TOTAL                          5,623.20
```

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 2

MAY 09, 2007
BILL NO. 143287

FOR LEGAL SERVICES RENDERED

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Preparation of Demand Letter Review Tullahoma credit reports, invoices and statement of account/ **REDACTED** | 03/02/07 SLL | .60 | 366.00 |
| Correspondence w/Client **REDACTED** | 03/02/07 SLL | .20 | 122.00 |
| Telephone Call(s) w/Client **REDACTED** | 03/08/07 SLL | .10 | 61.00 |
| Telephone Call(s) w/Client **REDACTED** | 03/12/07 SLL | .10 | 61.00 |
| Analysis of Correspondence **REDACTED** | 03/12/07 SLL | .10 | 61.00 |
| Preparation of Demand Letter To Tullahoma/ **REDACTED** | 03/12/07 SLL | .30 | 183.00 |
| Telephone Call(s) w/Client **REDACTED** | 04/12/07 SLL | .10 | 61.00 |
| Conference(s) re Legal Papers **REDACTED** | 04/12/07 SLL | .10 | 61.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                          MAY 09, 2007
Page 3                                                      BILL NO. 143287

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Preparation of Complaint **REDACTED** | 04/12/07 LMG | 2.80 | 1,428.00 |
| Preparation of Complaint **REDACTED** | 04/13/07 LMG | 1.50 | 765.00 |
| Analysis of Complaint Review draft of proposed federal court complaint against Tullahoma Industries | 04/15/07 SLL | .20 | 122.00 |
| Analysis of Complaint **REDACTED** | 04/16/07 SLL | .10 | 61.00 |
| Preparation of Legal Papers Finalize complaint | 04/16/07 LMG | .60 | 306.00 |
| Review/correct Complaint Review and revise draft of complaint vs. Tullohoma **REDACTED** | 04/17/07 SLL | .30 | 183.00 |
| Preparation of Correspondence **REDACTED** | 04/17/07 SLL | .10 | 61.00 |
| Preparation of Legal Papers Forms for complaint | 04/17/07 LMG | .80 | 408.00 |
| Correspondence w/Client **REDACTED** | 04/18/07 SLL | .10 | 61.00 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 4

MAY 09, 2007
BILL NO. 143287

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Telephone Call(s) w/Client<br>**REDACTED** | 04/18/07<br>SLL | .10 | 61.00 |
| Analysis of Complaint<br>**REDACTED** | 04/18/07<br>SLL | .10 | 61.00 |
| Analysis of Complaint<br>Review terms and conditions from M. Reich/ discuss deleting governing law allegation with LMG | 04/18/07<br>SLL | .10 | 61.00 |
| Preparation of Legal Papers<br>Finalize pleadings | 04/18/07<br>LMG | .40 | 204.00 |
| Preparation of Documents<br>Prepare and organize complaint sets for service | 04/19/07<br>KA | 1.50 | 225.00 |
| Analysis of Legal Papers<br>Review draft of Tullahoma summons | 04/20/07<br>SLL | .10 | 61.00 |
| Legal services/Complaint<br>Svc. by cert mail | 04/20/07<br>LMG | .60 | 306.00 |
| Preparation of Documents<br>Prepare and organize complaint sets for service | 04/20/07<br>KA | 1.00 | 150.00 |
| Preparation of Correspondence<br>**REDACTED** | 04/25/07<br>SLL | .20 | 122.00 |

TOTAL FOR SERVICES          5,622.00

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 5

MAY 09, 2007
BILL NO. 143287

DISBURSEMENTS FOR YOUR ACCOUNT

| | | |
|---|---|---|
| Laser Copies | 04/18/07 | 1.20 |
| | TOTAL DISBURSEMENTS | 1.20 |
| | TOTAL THIS STATEMENT | 5,623.20 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
1045 AVENUE OF THE AMERICAS
NEW YORK, NY  10018-3799
ATTN: MR. DENIS M. GOLDEN

JUNE 21, 2007
BILL NO. 143807
07650.0404

MATTER:  V. TULLAHOMA INDUSTRIES, LLC

| | |
|---|---:|
| LEGAL SERVICES (NEW CHARGES ONLY) THRU 05/31/2007 | 1,539.00 |
| DISBURSEMENTS THRU 05/31/2007 | 471.34 |
| CURRENT TOTAL | 2,010.34 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                          JUNE 21, 2007
Page 2                                                      BILL NO. 143807

FOR LEGAL SERVICES RENDERED

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Review file re Legal Papers Complaint & Rule 7 filing, and notice from Court | 05/10/07 LMG | .60 | 306.00 |
| Analysis of Legal Papers **REDACTED** | 05/11/07 SLL | .20 | 122.00 |
| Correspondence w/Adversary Notice to Defendant of Conference | 05/11/07 LMG | .40 | 204.00 |
| Review file re Legal Papers Filings, Complaint, Ct.. notice | 05/15/07 LMG | .40 | 204.00 |
| Analysis of Legal Papers **REDACTED** | 05/30/07 SLL | .10 | 61.00 |
| Telephone Call(s) w/Client **REDACTED** | 05/30/07 SLL | .10 | 61.00 |
| Telephone Call(s) w/Client **REDACTED** | 05/30/07 SLL | .10 | 61.00 |
| Analysis of Legal Papers Review proposed stipulation extending time to answer and proposed transmittal to Judge Baer | 05/30/07 SLL | .10 | 61.00 |
| Preparation of Legal Papers To Judge Baer -- re adjournment, and proposed order | 05/30/07 LMG | .90 | 459.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 3

JUNE 21, 2007
BILL NO. 143807

| DESCRIPTION | DATE<br>ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| TOTAL FOR SERVICES | | | 1,539.00 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 4

JUNE 21, 2007
BILL NO. 143807

DISBURSEMENTS FOR YOUR ACCOUNT

| | |
|---|---:|
| Laser Copies | 1.35 |
| Filing Fees, Court | 175.00 |
| Air Freight | 139.95 |
| Transportation | 155.04 |
| TOTAL DISBURSEMENTS | 471.34 |
| TOTAL THIS STATEMENT | 2,010.34 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

```
MILLIKEN & COMPANY                                      JULY 11, 2007
1045 AVENUE OF THE AMERICAS                          BILL NO. 143993
NEW YORK, NY  10018-3799                                  07650.0404
ATTN: MR. DENIS M. GOLDEN
```

MATTER:  V. TULLAHOMA INDUSTRIES, LLC

```
        LEGAL SERVICES (NEW CHARGES ONLY) THRU  06/30/2007        12,655.00
                     DISBURSEMENTS THRU  06/30/2007                   473.16
                                                              _____
                           CURRENT TOTAL                          13,128.16
```

## OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                                JULY 11, 2007
Page 2                                                           BILL NO. 143993


FOR LEGAL SERVICES RENDERED


| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Telephone Call(s) w/Client<br>**REDACTED** | 06/08/07<br>SLL | .10 | 61.00 |
| Preparation of Correspondence<br>Review Tullahoma docket/<br>**REDACTED** | 06/08/07<br>SLL | .20 | 122.00 |
| Analysis of Order<br>Entered Order extending Tullahoma's time<br>to Answer/ **REDACTED** | 06/13/07<br>SLL | .10 | 61.00 |
| Analysis of Legal Papers<br>Filings | 06/15/07<br>LMG | .50 | 255.00 |
| Analysis of Correspondence<br>**REDACTED** | 06/18/07<br>SLL | .10 | 61.00 |
| Diary & Docket<br>Calendar update | 06/18/07<br>AW | .20 | 41.00 |
| Analysis of Legal Papers<br>**REDACTED** | 06/20/07<br>SLL | .30 | 183.00 |
| Preparation of Legal Papers<br>Prepare default motion | 06/20/07<br>LMG | 2.60 | 1,326.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                              JULY 11, 2007
Page 3                                                      BILL NO. 143993

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Review/correct Legal Papers<br>Revise judgment papers for Tullahoma<br>default/ **REDACTED** | 06/21/07<br>SLL | .50 | 305.00 |
| Preparation of Legal Papers<br>Revise default papers, review local<br>rules | 06/21/07<br>LMG | 1.10 | 561.00 |
| Preparation for Court (conference)<br>Ct conference | 06/25/07<br>LMG | .70 | 357.00 |
| Analysis of Memorandum<br>Review memo from A. Williams re:<br>severance procedure **REDACTED** | 06/26/07<br>SLL | .20 | 122.00 |
| Obtaining Copies of Court Records<br>Sopke with Judgment Clerk re: default<br>Judgment-SDNY | 06/26/07<br>AW | 1.60 | 328.00 |
| Analysis of Legal Papers<br>**REDACTED** | 06/27/07<br>SLL | .10 | 61.00 |
| Review/correct Legal Papers<br>Revise papers for default judgment and<br>severance for inquest on fees | 06/27/07<br>SLL | 1.20 | 732.00 |
| Telephone Call(s) w/Court<br>Call from Judge Baer's Chambers | 06/27/07<br>SLL | .10 | 61.00 |
| Telephone Call(s) w/Client<br>**REDACTED** | 06/27/07<br>SLL | .10 | 61.00 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                              JULY 11, 2007
Page 4                                                     BILL NO. 143993

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Telephone Call(s) w/Client | 06/27/07 SLL | .20 | 122.00 |
| **REDACTED** | | | |
| Correspondence w/Client | 06/27/07 SLL | .30 | 183.00 |
| **REDACTED** | | | |
| Analysis of Legal Papers Review form of Clerk's certificate on default | 06/27/07 SLL | .10 | 61.00 |
| Review/correct Judgment Revise form of judgment to be submitted on default | 06/27/07 SLL | .20 | 122.00 |
| Review/correct Affidavit for motion Further revisions to SLL affidavit in support of entry of judgment on default | 06/27/07 SLL | .40 | 244.00 |
| Analysis of Judgment Review final form of revised default judgment | 06/27/07 SLL | .10 | 61.00 |
| Preparation of Legal Papers Deafult papers | 06/27/07 LMG | 2.30 | 1,173.00 |
| Preparation of Documents prepare and organize exhibits re: SLL's Affidavit | 06/27/07 KA | 1.90 | 285.00 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                          JULY 11, 2007
Page 5                                                      BILL NO. 143993

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Review/correct Legal Papers<br>Revise affidavit and Order in connection<br>with application to enter default<br>against Tullahoma/ **REDACTED** | 06/28/07<br>SLL | .80 | 488.00 |
| Correspondence w/Court<br>Prepare e-mail submission to Orders and<br>Judgments Clerk of application to enter<br>default against Tullahoma | 06/28/07<br>SLL | .40 | 244.00 |
| Preparation for Court (motion)<br>**REDACTED** | 06/28/07<br>SLL | .20 | 122.00 |
| Telephone Call(s) re: Court (motion)<br>LMG status reports from Court | 06/28/07<br>SLL | .10 | 61.00 |
| Telephone Call(s) w/Court<br>call from Judge Baer's Chambers re:<br>clarification of basis for 10.3 %<br>interest rate | 06/28/07<br>SLL | .20 | 122.00 |
| **REDACTED** | **REDACTED** | | **REDACTED** |
| **REDACTED** | **REDACTED** | | **REDACTED** |
| Preparation of Correspondence<br>**REDACTED** | 06/28/07<br>SLL | .40 | 244.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                             JULY 11, 2007
Page 6                                                        BILL NO. 143993

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Attendance at Court (Motion) Entry default | 06/28/07 LMG | 2.10 | 1,071.00 |
| Preparation of Legal Papers Finalize default | 06/28/07 LMG | 2.70 | 1,377.00 |
| Preparation of Correspondence To Tullahoma -- advising of default | 06/28/07 LMG | .40 | 204.00 |
| Preparation of Memorandum Summary of deafault | 06/28/07 LMG | .30 | 153.00 |
| Preparation for Court (motion) Default entry | 06/28/07 LMG | 1.10 | 561.00 |
| Preparation for Court prepare and organize documents for SLL, LMG | 06/28/07 KA | 3.00 | 450.00 |
| Preparation of Correspondence prepare documents to be sent to adversary | 06/28/07 KA | .40 | 60.00 |
| Correspondence w/Client Review delivery confirmation from Fed Ex for default papers sent to Davenport/ | 06/29/07 SLL | .10 | 61.00 |

**REDACTED**

| | | | |
|---|---|---|---|
| Review file re Legal Papers Filings | 06/29/07 LMG | .60 | 306.00 |
| Preparation of Documents prepare and organize documents for LMG | 06/29/07 KA | .40 | 60.00 |
| | TOTAL FOR SERVICES | | 12,655.00 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 7

JULY 11, 2007
BILL NO. 143993

DISBURSEMENTS FOR YOUR ACCOUNT

| | |
|---|---:|
| Filing Fees, Index Number | 350.00 |
| Air Freight | 61.56 |
| Photocopies | 61.60 |
| TOTAL DISBURSEMENTS | 473.16 |
| TOTAL THIS STATEMENT | 13,128.16 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                          AUGUST 20, 2007
350 MADISON AVENUE                                          BILL NO. 144543
NEW YORK, NY  10017                                              07650.0404
ATTN: MR. DENIS GOLDEN

---

MATTER:  V. TULLAHOMA INDUSTRIES, LLC


        LEGAL SERVICES (NEW CHARGES ONLY) THRU  07/31/2007           3,413.50
                    DISBURSEMENTS THRU  07/31/2007                       71.68
                                                                  ─────────────
                         CURRENT TOTAL                                3,485.18

---

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                          AUGUST 20, 2007
Page 2                                                      BILL NO. 144543

FOR LEGAL SERVICES RENDERED

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Analysis of Judgment<br>Review signed order and judgment and<br>**REDACTED** | 07/02/07<br>SLL | .30 | 183.00 |
| Analysis of Judgment<br>Review Tullahoma judgment as entered<br>**REDACTED** | 07/06/07<br>SLL | .20 | 122.00 |
| Preparation of Correspondence<br>Check on registration procedures and appeal timetable, check current post-judgment interest rate/<br>**REDACTED** | 07/06/07<br>SLL | .40 | 244.00 |
| Preparation of Legal Papers<br>Notice of Entry of Judgment & Service | 07/06/07<br>LMG | .50 | 255.00 |
| Obtaining Copies of Court Records<br>Obtained entered date on Judgment | 07/06/07<br>AW | 1.40 | 287.00 |
| Filing Papers at Court<br>Scanned, converted & filed Notice of Entry | 07/06/07<br>AW | .90 | 184.50 |
| Research re Legal Papers<br>Registering judgments | 07/16/07<br>LMG | .40 | 204.00 |
| Preparation of Correspondence<br>**REDACTED** | 07/20/07<br>SLL | .40 | 244.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 3

AUGUST 20, 2007
BILL NO. 144543

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Analysis of Order<br>Review Inquest scheduling Order from<br>Magistrate Maas<br>    **REDACTED** | 07/24/07<br>SLL | .30 | 183.00 |
| Telephone Call(s) w/Client<br><br>   **REDACTED** | 07/26/07<br>SLL | .20 | 122.00 |
| Research re Legal Papers<br>Entry of Judgment -- federal ct. | 07/30/07<br>LMG | 1.40 | 714.00 |
| Analysis of Correspondence<br>   **REDACTED** | 07/31/07<br>SLL | .30 | 183.00 |
| Correspondence w/CoCounsel - Other<br>   **REDACTED** | 07/31/07<br>SLL | .50 | 305.00 |
| Correspondence w/Client<br><br>   **REDACTED** | 07/31/07<br>SLL | .20 | 122.00 |
| Analysis of Correspondence<br>   **REDACTED** | 07/31/07<br>SLL | .10 | 61.00 |

TOTAL FOR SERVICES      3,413.50

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                    AUGUST 20, 2007
Page 4                                                BILL NO. 144543

DISBURSEMENTS FOR YOUR ACCOUNT

        Laser Copies                                              11.40

        Air Freight                                               52.28

        Transportation                                             8.00
                                                     ─────────────
                        TOTAL DISBURSEMENTS                        71.68

                        TOTAL THIS STATEMENT                    3,485.18

## OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
350 MADISON AVENUE
NEW YORK, NY 10017
ATTN: MR. DENIS GOLDEN

SEPTEMBER 26, 2007
BILL NO. 145016
07650.0404

MATTER:  V. TULLAHOMA INDUSTRIES, LLC

| | | |
|---|---|---:|
| LEGAL SERVICES (NEW CHARGES ONLY) THRU | 08/31/2007 | 1,567.00 |
| DISBURSEMENTS THRU | 08/31/2007 | 103.49 |
| CURRENT TOTAL | | 1,670.49 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 2

SEPTEMBER 26, 2007
BILL NO. 145016

FOR LEGAL SERVICES RENDERED

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Preparation of Correspondence **REDACTED** | 08/02/07 SLL | .10 | 61.00 |
| Analysis of Flow Chart **REDACTED** | 08/02/07 SLL | .10 | 61.00 |
| Analysis of Legal Papers **REDACTED** | 08/02/07 SLL | .10 | 61.00 |
| Conference(s) w/ Client **REDACTED** | 08/02/07 SLL | .30 | 183.00 |
| Preparation of Correspondence Review Certification for registration of foreign judgment **REDACTED** / revise transmittal letter for hard copy | 08/03/07 SLL | .20 | 122.00 |
| Analysis of Correspondence **REDACTED** | 08/17/07 SLL | .10 | 61.00 |
| Analysis of Legal Papers Registration and garnishment papers **REDACTED** | 08/20/07 SLL | .10 | 61.00 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 3

SEPTEMBER 26, 2007
BILL NO. 145016

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Preparation of Correspondence | 08/21/07 SLL | .20 | 122.00 |
| **REDACTED** | | | |
| Review/correct Correspondence Pull Tullahoma agreement and revise letter to Magistrate Judge Maas requesting 45 day extension of submission dates/ | 08/21/07 SLL | .30 | 183.00 |
| **REDACTED** | | | |
| Analysis of Correspondence | 08/21/07 SLL | .10 | 61.00 |
| **REDACTED** | | | |
| Analysis of Correspondence | 08/30/07 SLL | .10 | 61.00 |
| **REDACTED** | | | |
| Review/correct Correspondence Revise letter to Magistrate Maas | 08/30/07 SLL | .10 | 61.00 |
| **REDACTED** | | | |
| Correspondence w/Client | 08/30/07 SLL | .10 | 61.00 |
| **REDACTED** | | | |
| Correspondence w/Court Mag. Maas | 08/30/07 LMG | .80 | 408.00 |
| TOTAL FOR SERVICES | | | 1,567.00 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

## 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                    SEPTEMBER 26, 2007
Page 4                                                BILL NO. 145016

DISBURSEMENTS FOR YOUR ACCOUNT

| | | |
|---|---|---|
| Air Freight | 08/01/07 | 21.18 |
| Services - Calendar Computerized Docket Review (PACER) | 08/02/07 | 19.00 |
| Telephone Calls (tolls only) | 08/02/07 | 2.00 |
| Laser Copies | 08/02/07 | .60 |
| Laser Copies | 08/09/07 | .45 |
| Laser Copies | 08/09/07 | .45 |
| Laser Copies | 08/09/07 | .45 |
| Laser Copies | 08/10/07 | .60 |
| Laser Copies | 08/10/07 | 1.20 |
| Laser Copies | 08/20/07 | .45 |
| Laser Copies | 08/21/07 | 7.35 |
| Laser Copies | 08/21/07 | 8.40 |
| Air Freight | 08/22/07 | 21.71 |
| Laser Copies | 08/30/07 | 1.20 |
| Laser Copies | 08/30/07 | 1.05 |
| Laser Copies | 08/30/07 | 1.95 |
| Laser Copies | 08/30/07 | 5.85 |
| Laser Copies | 08/30/07 | 5.85 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 5

SEPTEMBER 26, 2007
BILL NO. 145016

| | | |
|---|---|---|
| Laser Copies | 08/30/07 | .60 |
| Laser Copies | 08/30/07 | .60 |
| Laser Copies | 08/30/07 | .90 |
| Laser Copies | 08/30/07 | 1.65 |
| | TOTAL DISBURSEMENTS | 103.49 |
| | TOTAL THIS STATEMENT | 1,670.49 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
350 MADISON AVENUE
NEW YORK, NY  10017
ATTN: MR. DENIS GOLDEN

OCTOBER 24, 2007
BILL NO. 145447
07650.0404

---

MATTER:  V. TULLAHOMA INDUSTRIES, LLC


|  |  |
|---|---:|
| LEGAL SERVICES (NEW CHARGES ONLY) THRU  09/30/2007 | 642.00 |
| DISBURSEMENTS THRU  09/30/2007 | 65.19 |
| CURRENT TOTAL | 707.19 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                          OCTOBER 24, 2007
Page 2                                                      BILL NO. 145447

FOR LEGAL SERVICES RENDERED

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Analysis of Order<br>Memo Order from Magistrate Maas<br>postponing submission deadlines for fee<br>inquest | 09/04/07<br>SLL | .10 | 61.00 |
| Preparation of Correspondence<br>**REDACTED** | 09/04/07<br>SLL | .10 | 61.00 |
| Analysis of Legal Papers<br>Review and transmission of ct scheduling<br>order to Tullahoma | 09/04/07<br>LMG | .30 | 153.00 |
| Analysis of Correspondence<br>**REDACTED** | 09/20/07<br>SLL | .10 | 61.00 |
| Review file re Legal Papers<br>Filings | 09/20/07<br>LMG | .30 | 153.00 |
| Review file re Legal Papers<br>Filings | 09/26/07<br>LMG | .30 | 153.00 |
| TOTAL FOR SERVICES | | | 642.00 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                                OCTOBER 24, 2007
Page 3                                                           BILL NO. 145447


DISBURSEMENTS FOR YOUR ACCOUNT

|  |  |  |
|---|---|---|
| Air Freight | 09/13/07 | 39.98 |
| Air Freight | 09/13/07 | 16.21 |
| Filing Fees, Court | 09/28/07 | 9.00 |
| | TOTAL DISBURSEMENTS | 65.19 |
| | TOTAL THIS STATEMENT | 707.19 |

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

```
MILLIKEN & COMPANY                                NOVEMBER 27, 2007
350 MADISON AVENUE                                 BILL NO. 145795
NEW YORK, NY  10017                                   07650.0404
ATTN: MR. DENIS GOLDEN
```

MATTER:  V. TULLAHOMA INDUSTRIES, LLC


```
        LEGAL SERVICES (NEW CHARGES ONLY) THRU  10/31/2007           3,216.00
                       DISBURSEMENTS THRU  10/31/2007                   22.60

                              CURRENT TOTAL                          3,238.60
```

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                      NOVEMBER 27, 2007
Page 2                                                   BILL NO. 145795

FOR LEGAL SERVICES RENDERED

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Analysis of Correspondence<br>Re: settlement offer from Tullahoma | 10/02/07<br>SLL | .20 | 128.00 |
| Correspondence w/CoCounsel - Other<br>**REDACTED** | 10/02/07<br>SLL | .10 | 64.00 |
| Telephone Call(s) w/Client<br>**REDACTED** | 10/02/07<br>SLL | .10 | 64.00 |
| Preparation of Correspondence<br>**REDACTED** | 10/02/07<br>SLL | 1.00 | 640.00 |
| ·/ call counsel representing Tullahoma in connection with Tullahoma's gov't contract price adjustment claim/ prepare corresp to Tullahoma counsel requesting authorization to continue direct communications with Tullahoma | | | |
| Telephone Call(s) w/Adversary<br>Davenport (2x) | 10/02/07<br>LMG | .30 | 159.00 |
| Telephone Call(s) w/Client<br>**REDACTED** | 10/02/07<br>LMG | .30 | 159.00 |
| Analysis of Legal Papers<br>Default and Tullahoma ltrs to US gov..Bankr | 10/02/07<br>LMG | .20 | 106.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                          NOVEMBER 27, 2007
Page 3                                                      BILL NO. 145795

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Analysis of Correspondence<br>Fr Tullahoma counsel confirming<br>permission for direct discussions with<br>R. Davenport | 10/03/07<br>SLL | .10 | 64.00 |
| Review file re Legal Papers<br>Default judgment | 10/03/07<br>LMG | .20 | 106.00 |
| Telephone Call(s) w/Adversary<br>Call from R. Davenport | 10/04/07<br>SLL | .10 | 64.00 |
| Telephone Call(s) w/Adversary<br>Follow-up call from Davenport offering<br>to pay the "difference" between judgment<br>debt and Tullahoma govt claims in<br>exchange for enforcement moratorium | 10/04/07<br>SLL | .10 | 64.00 |
| Correspondence w/CoCounsel - Other<br>**REDACTED** | 10/08/07<br>SLL | .20 | 128.00 |
| Analysis of Correspondence<br>Review email from R. Davenport with<br>letter from Government responding to<br>Tullahoma price adjustment claims/<br>**REDACTED** | 10/10/07<br>SLL | .30 | 192.00 |
| Telephone Call(s) w/Client<br>**REDACTED** | 10/12/07<br>SLL | .20 | 128.00 |
| Correspondence w/Client<br>**REDACTED** | 10/12/07<br>SLL | .20 | 128.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY                                          NOVEMBER 27, 2007
Page 4                                                       BILL NO. 145795

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Preparation of Correspondence Review letter from Tullahoma's attorney re: status of government price adjustment claim/ prepare corresp to Davenport with offer to defer judgment enforcement in consideration of immediate partial payment **REDACTED** | 10/15/07 SLL | .30 | 192.00 |
| **REDACTED** Analysis of Correspondence **REDACTED** | 10/15/07 SLL | .10 | 64.00 |
| Review of e-mail(s) Enforcement of judgment in TN | 10/15/07 LMG | .20 | 106.00 |
| Research re Legal Papers Enforcement | 10/17/07 LMG | .40 | 212.00 |
| Analysis of Correspondence **REDACTED** attempt to arrange conference call/ **REDACTED** | 10/26/07 SLL | .40 | 256.00 |
| Telephone Call(s) w/Client **REDACTED** | 10/26/07 SLL | .10 | 64.00 |
| Telephone Call(s) w/Client **REDACTED** | 10/31/07 SLL | .10 | 64.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

MILLIKEN & COMPANY
Page 5

NOVEMBER 27, 2007
BILL NO. 145795

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| **REDACTED** | **REDACTED** | | **REDACTED** |
| | TOTAL FOR SERVICES | | 3,216.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

MILLIKEN & COMPANY

Page 6

NOVEMBER 27, 2007

BILL NO. 145795

DISBURSEMENTS FOR YOUR ACCOUNT

| | | |
|---|---|---|
| Laser Copies | 10/02/07 | .45 |
| Laser Copies | 10/02/07 | .45 |
| Laser Copies | 10/02/07 | .45 |
| Telephone Calls (tolls only) | 10/02/07 | 1.00 |
| Laser Copies | 10/16/07 | .45 |
| Laser Copies | 10/16/07 | .45 |
| Laser Copies | 10/16/07 | 1.80 |
| Laser Copies | 10/16/07 | 1.05 |
| Laser Copies | 10/26/07 | .75 |
| Laser Copies | 10/30/07 | .75 |
| Services - Calendar | 10/30/07 | 15.00 |

TOTAL DISBURSEMENTS         22.60

TOTAL THIS STATEMENT       3,238.60

# OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
MILLIKEN & COMPANY                          NOVEMBER 27, 2007
350 MADISON AVENUE                          BILL NO. 145795
NEW YORK, NY  10017                            07650.0404
ATTN: MR. DENIS GOLDEN
```

MATTER:  V. TULLAHOMA INDUSTRIES, LLC

### R E M I T T A N C E    P A G E

```
    LEGAL SERVICES (NEW CHARGES ONLY) THRU  10/31/2007        3,216.00
                   DISBURSEMENTS THRU  10/31/2007                22.60
                                                             ─────────
                   CURRENT TOTAL                              3,238.60
```

Please return this page with your payment.