**EXHIBIT "C"**

```
RUN:   11/30/07
TIME:  14:37:28
PAGE:  2

                       OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
                                 BILLING INSTRUCTION WORKSHEET
                      FOR BILLING INSTRUCTION NUMBER 222881926 CREATED 11/30/2007

SESSION: CM-IB/65986/1
CONTROL: 1347384
USER:    ROMAN

CLIENT: 07650 MILLIKEN & COMPANY             MATTER: 0404 V. TULLAHOMA INDUSTRIES, LLC
```

UNBILLED FEE DETAILS THROUGH 11/29/2007                                              MATTER: 0404 V. TULLAHOMA INDUSTRIES

| DATE WORKED | TIME-KEEPER | TRANSACTION | DESCRIPTION | BILLING RATE | RECORDED HOURS | RECORDED VALUE | BILLING HOURS | BILLING VALUE | REVISED HOURS | REVISED VALUE | STATUS HD NS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/07 | SLL | 15885/40 | WRK: 1401 Correspondence w/Cli Fr/ G. Rose and to D. Golden to arrange conference call | 640.00 | 0.10 | 64.00 | 0.10 | 64.00 | | | -- -- |
| | SLL | 15885/43 | WRK: 293 Telephone Call(s) - L 640.00 Conf call with G. Rose | 640.00 | 0.20 | 128.00 | 0.20 | 128.00 | | | |

REDACTED

```
SESSION: CM-IB/65986/1           OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.                    RUN: 11/30/07
CONTROL: 1347384                         BILLING INSTRUCTION WORKSHEET                           TIME: 14:37:28
USER:    ROMAN            FOR BILLING INSTRUCTION NUMBER 222881926 CREATED 11/30/2007             PAGE:       3

CLIENT: 07650 MILLIKEN & COMPANY                        MATTER: 0404 V. TULLAHOMA INDUSTRIES, LLC
```

UNBILLED FEE DETAILS THROUGH 11/29/2007                                   MATTER: 0404 V. TULLAHOMA INDUSTR (continued)

| DATE WORKED | TIME-KEEPER | TRANSACTION | DESCRIPTION | BILLING RATE | RECORDED HOURS | VALUE | BILLING HOURS | VALUE | REVISED HOURS | VALUE | STATUS HD NS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | REDACTED | | | | | | | | |
| | | | REDACTED | | | | | | | | |
| | | | REDACTED | | | | | | | | |
| | SLL | 15885/73 | WRK: 2009 Preparation of Corre Review applicable federal post-judgment interest rates/ prepare corresp to D. Golden and G Rose re: Davenport offer and calculate amount of post-dated check to be requested from Tullahoma (without attys fees calculation)/ forward scheduling order entered by Magistrate Maas | 640.00 | 0.50 | 320.00 | 0.50 | 320.00 | | | |
| | | | REDACTED | | | | | | | | |

```
SESSION: CM-IB/65986/1                OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.                    RUN: 11/30/07
CONTROL: 1347384                              BILLING INSTRUCTION WORKSHEET                          TIME: 14:37:28
USER:    ROMAN                  FOR BILLING INSTRUCTION NUMBER 222881926 CREATED 11/30/2007          PAGE:        4

CLIENT: 07650 MILLIKEN & COMPANY                                    MATTER: 0404 V. TULLAHOMA INDUSTRIES, LLC
```

UNBILLED FEE DETAILS THROUGH 11/29/2007                             MATTER: 0404 V. TULLAHOMA INDUSTR (continued)

| DATE WORKED | TIME-KEEPER | TRANSACTION | DESCRIPTION | BILLING RATE | RECORDED HOURS | RECORDED VALUE | BILLING HOURS | BILLING VALUE | REVISED HOURS | REVISED VALUE | STATUS HD NS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/07 | SLL | 15885/107 | WRK: 1403 Correspondence w/CoC Fr G. Rose re: Davenport/Tullahoma proposal | 640.00 | 0.10 | 64.00 | 0.10 | 64.00 | | | |
| | SLL | 15885/108 | WRK: 1909 Analysis of Correspo Discuss latest Davenport discussions with G. Rose and call D. Golden and M. Reich for approval to move forward | 640.00 | 0.20 | 128.00 | 0.20 | 128.00 | | | |
| | SLL | 15885/117 | WRK: 1909 Analysis of Correspo Fr G Rose to R. Davenport with Milliken's final terms for suspending enforcement for 30 days | 640.00 | 0.10 | 64.00 | 0.10 | 64.00 | | | |
| | | | REDACTED | | | | | | | | |
| | SLL | 15885/126 | WRK: 1909 Analysis of Correspo Fr G Rose re: Tullahoma acceptance of Milliken counter-proposal | 640.00 | 0.10 | 64.00 | 0.10 | 64.00 | | | |
| | SLL | 15885/129 | WRK: 1909 Analysis of Correspo From G Rose with proposed letter suspending garnishment against Citizens Community Bank | 640.00 | 0.10 | 64.00 | 0.10 | 64.00 | | | |
| 11/12/07 | SLL | 15885/133 | WRK: 1403 Correspondence w/CoC To G Rose re: confirmation letter to Tennessee Bank/ follow up on payment | 640.00 | 0.10 | 64.00 | 0.10 | 64.00 | | | |
| 11/13/07 | SLL | 15885/137 | WRK: 1909 Analysis of Correspo Fr G Rose confirming receipt of Tullahoma's $50,000 payment | 640.00 | 0.10 | 64.00 | 0.10 | 64.00 | | | |
| | | | REDACTED | | | | | | | | |

```
SESSION: CM-IB/65986/1              OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.                    RUN: 11/30/07
CONTROL: 1347384                              BILLING INSTRUCTION WORKSHEET                         TIME: 14:37:28
USER:    ROMAN              FOR BILLING INSTRUCTION NUMBER 222881926 CREATED 11/30/2007             PAGE:    5

CLIENT: 07650 MILLIKEN & COMPANY                    MATTER: 0404 V. Tullahoma Industries, LLC

UNBILLED FEE DETAILS THROUGH 11/29/2007                          MATTER: 0404 V. TULLAHOMA INDUSTR (continued)

                                              BILLING --- RECORDED ---   --- BILLING ----   -- REVISED --   STATUS--
DATE   TIME-                                   RATE   HOURS     VALUE    HOURS      VALUE   HOURS   VALUE   HD  NS
WORKED KEEPER  TRANSACTION       DESCRIPTION


                                           REDACTED




                                           REDACTED


UNBILLED EXPENSE DETAILS THROUGH 11/29/2007                                MATTER: 0404 V. TULLAHOMA INDUSTR

                                                                          RECORDED   BILLING    REVISED --    STATUS
DATE     TYPE TRANSACTION   ORIG AUTH  DESCRIPTION                          VALUE     VALUE    HOURS  VALUE   HD NS
11/05/07 100 IND 17556/3227  LMG       Laser Copies                          0.90      0.90                   -- --
         100 IND 17556/3228  LMG       Laser Copies                          0.60      0.60                   -- --
         100 IND 17556/3229  LMG       Laser Copies                          0.90      0.90                   -- --
         100 IND 17556/3230  LMG       Laser Copies                          6.30      6.30                   -- --
         100 IND 17556/3231  LMG       Laser Copies                         16.95     16.95                   -- --
         100 IND 17556/3232  LMG       Laser Copies                          1.05      1.05                   -- --
         100 IND 17556/3233  LMG       Laser Copies                          0.75      0.75                   -- --
         100 IND 17556/3234  LMG       Laser Copies                          0.45      0.45                   -- --
         100 IND 17556/3235  LMG       Laser Copies                          0.75      0.75                   -- --
         100 IND 17556/3236  SLL       Laser Copies                          0.60      0.60                   -- --
11/09/07 100
11/12/07  93 DIR 17548/4     SLL       Telephone Calls (tolls only)         17.00     17.00                   -- --
11/21/07  74 DIR 17595/40    LMG       Air Freight                          23.83     23.83                   -- --
11/28/07  93 DIR 17614/544   SLL       Telephone Calls (tolls only)          1.00      1.00                   -- --
                                                                          ========  ========
INCLUDED EXPENSES FOR MATTER: 0404                                          71.08     71.08
EXCLUDED EXPENSES FOR MATTER: 0404                                           0.00      0.00

STATUS CODE LEGEND
# EXPENSE PREDATES LAST BILL THROUGH DATE              X  EXCLUDED FROM INSTRUCTION       +  MATTER HAS EXPENSES BEYOND THROUGH DATE
* EXPENSE MODIFIED AFTER STATEMENT CREATED             HD EXPENSE ON HOLD (EXCLUDED)      NS EXPENSE WILL NOT SHOW ON STATEMENT
```