**EXHIBIT "A"**



# H³GM®

HARWELL HOWARD HYNE  315 DEADERICK STREET  SUITE 1800  NASHVILLE, TENNESSEE 37238-1800
GABBERT & MANNER, P. C.  615-256-0500  FAX 615-251-1059  www.h3gm.com

September 11, 2007
Billed through    08/31/2007
Invoice Number    64228

MILLIKEN & COMPANY                              Our File #    8902    07001    GBR
ATTN: DENIS GOLDEN
1045 SIXTH AVENUE
NEW YORK, NY 10018

TULLAHOMA INDUSTRIES, LLC

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/26/2007 | JDM | CASE REVIEW. | 138.50 /hr | 0.20 hrs | 27.70 |
| 07/27/2007 | GBR | INITIAL WORK REGARDING JUDGMENT ENFORCEMENT ISSUES. | 400.00 /hr | 0.50 hrs | 200.00 |
| 07/27/2007 | JDM | FILE REVIEW; DEBTOR INVESTIGATION; LEGAL RESEARCH **REDACTED** | 138.48 /hr | 2.10 hrs | 290.80 |
| 07/30/2007 | GBR | REVISIONS TO ISSUES MEMORANDUM TO CLIENT. | 400.00 /hr | 0.70 hrs | 280.00 |
| 07/30/2007 | PR4 | TELEPHONE CALL TO TENNESSEE SECRETARY OF STATE REGARDING UCC SEARCH REQUEST INFORMATION; UCC REQUEST FORM COMPLETED AND SUBMITTED TO THE TN SECRETARY OF STATE; CONDUCTED UCC SEARCH OF TN SECT. OF STATE RECORDS ONLINE AND **REDACTED** | 96.23 /hr | 1.50 hrs | 144.34 |
| 07/30/2007 | JDM | **REDACTED** MEMO TO CO-COUNSEL. | 138.48 /hr | 5.10 hrs | 706.24 |
| 07/31/2007 | GBR | WORK REGARDING ASSET/LIEN SEARCHES. | 400.00 /hr | 0.40 hrs | 160.00 |
| 07/31/2007 | PR4 | WORK ON LOCATION OF INFORMATION REGARDING COMPANY AND ASSETS RE GBR REQUEST; TELEPHONE CALLS TO COFFEE, FRANKLIN, AND GRUNDY COUNTY REGISTER OF DEEDS OFFICES AND INFORMATION OBTAINED REGARDING DEED AND LIEN FILINGS IN THEIR OFFICES; ONLINE SEARCH OF GRUNDY COUNTY REGISTER OF DEEDS | 96.23 /hr | 3.00 hrs | 288.69 |

**Exhibit "A"**

| | | | | | |
|---|---|---|---|---|---|
| 8902 | 07001 | | Invoice Number | 64228 | Page 2 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | RECORDS AND OBTAINED COPIES OF SAME FOR GBR REVIEW; SETUP WITH ONLINE SEARCH COMPANY FOR REVIEW OF FRANKLIN AND COFFEE COUNTY RECORDS ONLINE; STATUS REPORT RE SAME TO GBR | | | |
| 07/31/2007 | JDM | REVISIONS TO MEMO **REDACTED** **REDACTED** LEGAL RESEARCH ON **REDACTED**, EMAIL TO CO-COUNSEL; REVIEWING FINANCIAL RECORDS. | 138.48 /hr | 3.70 hrs | 512.37 |
| 08/01/2007 | PR4 | ONLINE SEARCHES OF COFFEE AND FRANKLIN COUNTRY REGISTER OF DEEDS RECORDS AND OBTAINED COPIES OF FILINGS; REVIEW FINDINGS; DRAFT TABLE OF SEARCH RESULTS IN FORMAT FOR ATTORNEY QUICK REVIEW | 96.23 /hr | 3.00 hrs | 288.69 |
| 08/01/2007 | JDM | DEBTOR INVESTIGATION; PREPARATION FOR JUDGMENT REGISTRATION. | 138.50 /hr | 0.20 hrs | 27.70 |
| 08/02/2007 | GBR | TELEPHONE CALL WITH CLIENT; WORK REGARDING REAL PROPERTY SEARCH RESULTS. | 400.00 /hr | 0.80 hrs | 320.00 |
| 08/02/2007 | PR4 | TELEPHONE CALLS TO THE US MARSHALS SERVICE IN THE MIDDLE AND EASTERN DISTRICTS REGARDING EXECUTION SERVICE PROCEDURES; REQUEST PICK UP OF UCC SEARCH RESULTS FROM THE TENNESSEE SECRETARY OF STATES OFFICES; REVISED REPORT ON GRUNDY, COFFEE, AND FRANKLIN COUNTY REAL PROPERTY RECORD SEARCHES AND FINALIZED SAME FOR ATTORNEY REVIEW | 96.23 /hr | 4.00 hrs | 384.92 |
| 08/02/2007 | PR4 | TELEPHONE CALLS TO AND FROM JAN MUSE REGARDING STATUS OF THE EXECUTION PACKAGE; STATUS REPORT TO ATTORNEY | 96.23 /hr | 0.40 hrs | 38.49 |
| 08/02/2007 | JDM | FILE REVIEW; JUDGMENT COLLECTION PLANNING. | 138.47 /hr | 0.30 hrs | 41.54 |
| 08/03/2007 | PR4 | REVIEW UCC SEARCH RESULTS FROM THE TENNESSEE SECRETARY OF STATES OFFICES; ADDITIONAL REVIEW OF DOCUMENTS OBTAINED FROM GRUNDY, COFFEE, AND FRANKLIN COUNTY REAL PROPERTY RECORD SEARCHES; SET UP FOR REPORT ON UCC SEARCH RESULTS REPORT | 96.23 /hr | 3.50 hrs | 336.80 |
| 08/03/2007 | JDM | PLANNING JUDGMENT EXECUTION STRATEGY. | 138.50 /hr | 0.10 hrs | 13.85 |
| 08/06/2007 | GBR | WORK REGARDING ISSUES RELATING TO REGISTERING JUDGMENT. | 400.00 /hr | 1.20 hrs | 480.00 |
| 08/06/2007 | PR4 | PREPARE WRITTEN REPORT ON RESULTS | 96.23 /hr | 4.00 hrs | 384.92 |

8902        07001                                                    Invoice Number    64228    Page    3

|            |     |                                                                                                                                                                                                                                                                                                                  |           |         |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|---------|--------|
|            |     | OF UCC SEARCH OF TENNESSEE SECRETARY OF STATE RECORDS; TELEPHONE CALL TO USDC CLERK AND US MARSHAL REGARDING GARNISHMENT AND EXECUTION PROCESS AND FORMS; RESEARCH REGARDING REQUIRED FORMS; REQUEST TO OBTAIN USM 285 FORMS FROM CLERK'S OFFICE; BEGIN WORK ON EXECUTION FORMS |           |         |        |
| 08/06/2007 | JDM | FILE REVIEW; PREPARATION TO REGISTER JUDGMENT; PHONE CONFERENCE WITH CO-COUNSEL.                                                                                                                                                                                                                                              | 138.48 /hr | 3.20 hrs | 443.13 |
| 08/07/2007 | GBR | WORK ON GARNISHMENT TO DEBTOR'S BANK; LETTER TO COURT CLERK.                                                                                                                                                                                                                                                                   | 400.00 /hr | 1.10 hrs | 440.00 |
| 08/07/2007 | PR4 | TELEPHONE CALLS TO JAN MUSE AT USDC IN WINCHESTER REGARDING GARNISHMENT AND EXECUTION FORMS AND PROCESS; INSTRUCTIONS FROM ATTORNEY REGARDING SAME; PREPARE WRIT OF GARNISHMENT, APPLICATION FOR WRIT OF GARNISHMENT, GARNISHMENT ANSWER, AND USM 285 FORM; REVISED COVER LETTER TO CLERK REGARDING REGISTRATION OF JUDGMENT, THE CERTIFIED COPY REQUEST, AND GARNISHMENT ISSUANCE | 96.23 /hr  | 4.00 hrs | 384.92 |
| 08/07/2007 | JDM | JUDGMENT REGISTRATION LOGISTICS, RESEARCH **REDACTED**                                                                                                                                                                                                                                                                       | 138.48 /hr | 3.90 hrs | 540.06 |
| 08/08/2007 | JDM | LEGAL RESEARCH **REDACTED**                                                                                                                                                                                                                                                                                                     | 138.48 /hr | 2.70 hrs | 373.89 |
| 08/09/2007 | JDM | LEGAL RESEARCH **REDACTED**                                                                                                                                                                                                                                                                                                     | 138.48 /hr | 1.50 hrs | 207.72 |
| 08/14/2007 | GBR | ANALYSIS **REDACTED**                                                                                                                                                                                                                                                                                                           | 400.00 /hr | 0.20 hrs | 80.00  |
| 08/17/2007 | GBR | EMAILS REGARDING STATUS.                                                                                                                                                                                                                                                                                                         | 400.00 /hr | 0.20 hrs | 80.00  |
| 08/20/2007 | GBR | PLEADINGS FROM TENNESSEE COURT.                                                                                                                                                                                                                                                                                                  | 400.00 /hr | 0.20 hrs | 80.00  |
| 08/22/2007 | PR4 | TELEPHONE CALLS TO THE REGISTER OF DEEDS FOR COFFEE, FRANKLIN AND GRUNDY COUNTIES REGARDING RECORDING FEE AMOUNT                                                                                                                                                                                                                 | 96.22 /hr  | 0.50 hrs | 48.11  |
| 08/23/2007 | PR4 | DRAFTED LETTERS TO THE REGISTER OF DEEDS FOR COFFEE, FRANKLIN, AND GRUNDY COUNTIES TO RECORD CERTIFICATION OF JUDGMENT; OBTAINED RECORDING FEE CHECKS; PREPARED AND FINALIZED PACKAGES FOR RECORDING; DOCKET FOR FOLLOW UP RE DELIVERY AND RECORDING                                                                             | 96.23 /hr  | 1.50 hrs | 144.34 |
| 08/28/2007 | GBR | TELEPHONE CALL WITH U.S. MARSHAL'S OFFICE AND WORK TO OBTAIN REQUESTED INFORMATION.                                                                                                                                                                                                                                             | 400.00 /hr | 0.20 hrs | 80.00  |

8902        07001                                                            Invoice Number    64228    Page    4

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/29/2007 | PR4 | TELEPHONE CALLS TO AND FROM LINDA LOVEDAY AND JAN MUSE REGARDING REQUESTS FOR CHECK AND ADDITIONAL DOCUMENTS IN ORDER TO SERVE GARNISHMENT EXECUTION; RESEARCH REGARDING ADDITIONAL DOCUMENTS AND ATTEMPTS TO LOCATE FORMS THAT ARE NOT POSTED ON THE USDC'S WEBSITE; TELEPHONE CALL FROM LINDA LOVEDAY REGARDING ADDITIONAL FEE TO BE CHARGED AND TO ADVISE THAT UPON FURTHER REVIEW BY THE US MARSHAL SERVICE, THE ADDITIONAL DOCUMENTS ARE NOT NEEDED IN THIS CASE; REQUEST FEE CHECKS FOR FEE AND MILEAGE; STATUS REPORT TO GBR RE SAME | 96.23 /hr | 2.80 hrs | 269.44 |
| 08/30/2007 | GBR | REVIEW OF RECORDED JUDGMENTS AND FEES LETTER STATUS EMAIL TO CLIENT. | 400.00 /hr | 0.60 hrs | 240.00 |
| 08/30/2007 | PR4 | PREPARATION OF PDF COPIES OF THE THREE RECORDED JUDGMENT CERTIFICATIONS REDACTED REDACTED; DRAFT COVER LETTER TO LINDA LOVEDAY W/US MARSHAL SERVICE REGARDING FEE CHECKS TO COVER FEE AND MILEAGE CHARGED REGARDING SERVICE OF BANK ACCOUNT GARNISHMENT; STATUS REPORT TO GBR | 96.23 /hr | 1.50 hrs | 144.34 |

Total professional services                                               $8,483.00

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 08/02/2007 | TENNESSEE SECRETARY OF STATE - UCC SEARCH OF TULLAHOMA INDUSTRIES | 116.00 |
| 08/02/2007 | MESSENGER SERVICE<br>UCC Search (x2: Drop off: 7/30; PU: 8/2) | 20.00 |
| 08/06/2007 | U.S. DISTRICT COURT CLERK - REGISTRATION FEE FOR JUDGMENT | 39.00 |
| 08/06/2007 | MESSENGER SERVICE<br>pick up US Marshall forms 285 from district court | 10.00 |
| 08/07/2007 | AIR FREIGHT - FEDERAL EXPRESS # 6484 | 16.14 |
| 08/23/2007 | COFFEE COUNTY REGISTER OF DEEDS - RECORD CERTIFIED COPIES | 17.00 |
| 08/23/2007 | FRANKLIN COUNTY REGISTER OF DEEDS - RECORD CERTIFIED COPY | 17.00 |
| 08/23/2007 | GRUNDY COUNTY REGISTER OF DEEDS - RECORD CERTIFIED COPY | 17.00 |
| 08/23/2007 | AIR FREIGHT - FEDERAL EXPRESS #6451 | 16.14 |
| 08/23/2007 | AIR FREIGHT - FEDERAL EXPRESS # 6462 | 16.14 |
| 08/23/2007 | AIR FREIGHT - FEDERAL EXPRESS # 6473 | 16.14 |
| 08/28/2007 | U.S. MARSHALS SERVICE - GARNISHMENT | 90.00 |
| 08/29/2007 | U.S. MARSHAL SERVICE - MILEAGE | 65.00 |
| 08/31/2007 | COPYING COSTS | 5.20 |

Total disbursements                                                       $460.76

8902        07001                                                         Invoice Number    64228    Page    5

**INVOICE SUMMARY**

| | | | |
|---|---|---|---|
| GLENN B. ROSE | 6.10 hrs | 400 /hr | $2,440.00 |
| J DAVID MCDOWELL | 23.00 hrs | 138 /hr | $3,185.00 |
| CINDY DUCK | 29.70 hrs | 96 /hr | $2,858.00 |

| | | |
|---|---|---|
| Professional Services | 58.80 hrs | $8,483.00 |
| Disbursements Advanced | | $460.76 |
| Total Current Charges | | $8,943.76 |
| Please Pay This Amount | | $8,943.76 |



**HARWELL HOWARD HYNE**  315 DEADERICK STREET  SUITE 1800  NASHVILLE, TENNESSEE 37238-1800
**GABBERT & MANNER, P. C.**  615-256-0500  FAX 615-251-1059  www.h3gm.com

October 05, 2007
Billed through   09/30/2007
Invoice Number   64230

MILLIKEN & COMPANY
ATTN: DENIS GOLDEN
1045 SIXTH AVENUE
NEW YORK, NY 10018

Our File #   8902   07001   GBR

TULLAHOMA INDUSTRIES, LLC

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/10/2007 | PR4 | TELEPHONE CALLS TO AND FROM LINDA LOVEDAY, SEIZURE AND FORFEITURE SPECIALIST WITH THE U.S. MARSHALS SERVICE, ETN REGARDING STATUS OF SERVICE AND PROCESSING OF THE GARNISHMENT ON ACCOUNTS AT CITIZENS COMMUNITY BANK | 140.00 /hr | 0.40 hrs | 56.00 |
| 09/17/2007 | GBR | WORK REGARDING STATUS OF GARNISHMENT. | 400.00 /hr | 0.10 hrs | 40.00 |
| 09/17/2007 | PR4 | TELEPHONE CALL TO LINDA LOVEDAY, SEIZURE AND FORFEITURE SPECIALIST WITH THE U.S. MARSHALS SERVICE, ETN REGARDING STATUS OF SERVICE AND PROCESSING OF THE GARNISHMENT ON ACCOUNTS AT CITIZENS COMMUNITY BANK | 140.00 /hr | 0.30 hrs | 42.00 |
| 09/20/2007 | GBR | STATUS EMAIL. | 400.00 /hr | 0.20 hrs | 80.00 |
| 09/21/2007 | GBR | TELEPHONE CALL FROM CLIENT REDACTED | 400.00 /hr | 0.10 hrs | 40.00 |
| 09/24/2007 | GBR | REVIEW AND ANALYSIS OF GARNISHMENT ANSWER; DRAFT RESPONSE LETTER REGARDING SAME. | 400.00 /hr | 1.00 hrs | 400.00 |
| 09/24/2007 | JMB | RESEARCH REDACTED | 00.00 /hr | 1.00 hrs | 400.00 |

Total professional services                                     $1,058.00

**DISBURSEMENTS**

| | | |
|---|---|---|
| 09/13/2007 | AIR FREIGHT - AIRBORNE # 819718466370 | 26.91 |
| 09/26/2007 | WESTLAW CHARGES - JDM 08/07- 08/09/07 | 3,563.68 |
| 09/26/2007 | WESTLAW CHARGES - JDM 08/08/07 | 16.00 |

| 8902 | 07001 | | | | Invoice Number | 64230 | Page | 2 |

## INVOICE SUMMARY

| | Total disbursements | | | $3,606.59 |
|---|---|---|---|---|
| GLENN B. ROSE | 1.40 hrs | 400 /hr | | $560.00 |
| JOHN BRITTINGHAM | 1.00 hrs | 400 /hr | | $400.00 |
| CINDY DUCK | 0.70 hrs | 140 /hr | | $98.00 |
| Professional Services | 3.10 hrs | | | $1,058.00 |
| Disbursements Advanced | | | | $3,606.59 |
| Total Current Charges | | | | $4,664.59 |
| Less Prepaid Applied | | | | ($1.95) |
| **Please Pay This Amount** | | | | $4,662.64 |



**HARWELL HOWARD HYNE GABBERT & MANNER, P.C.**   315 DEADERICK STREET  SUITE 1800  NASHVILLE, TENNESSEE 37238-1800
615-256-0500  FAX 615-251-1059  www.h3gm.com

November 08, 2007
Billed through    10/31/2007
Invoice Number    64231

MILLIKEN & COMPANY
ATTN: DENIS GOLDEN
1045 SIXTH AVENUE
NEW YORK, NY 10018

Our File #    8902    07001    GBR

TULLAHOMA INDUSTRIES, LLC

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/2007 | GBR | TELEPHONE CALLS WITH OTTERBOURG AND CLIENT REDACTED | 400.00 /hr | 0.60 hrs | 240.00 |
| 10/08/2007 | GBR | EMAILS REGARDING STATUS. | 400.00 /hr | 0.10 hrs | 40.00 |
| 10/10/2007 | GBR | EMAILS TO AND FROM STAN LANE REDACTED | 400.00 /hr | 0.30 hrs | 120.00 |
| 10/12/2007 | GBR | EMAIL FROM STAN AND TO STAN REDACTED | 400.00 /hr | 0.20 hrs | 80.00 |
| 10/12/2007 | JDM | RESEARCH | 195.00 /hr | 0.20 hrs | 39.00 |
| 10/14/2007 | JDM | LEGAL RESEARCH REDACTED | 195.00 /hr | 1.20 hrs | 234.00 |
| 10/15/2007 | GBR | ANALYSIS, RESEARCH AND EMAILS REDACTED | 400.00 /hr | 1.10 hrs | 440.00 |
| 10/15/2007 | JDM | LEGAL RESEARCH. | 195.00 /hr | 1.30 hrs | 253.50 |
| 10/22/2007 | GBR | TELEPHONE CALL WITH DAVENPORT. | 400.00 /hr | 0.20 hrs | 80.00 |
| 10/24/2007 | GBR | LETTER FROM DAVENPORT. | 400.00 /hr | 0.30 hrs | 120.00 |
| 10/25/2007 | CVG | CONFER WITH GBR REDACTED | 425.00 /hr | 0.25 hrs | 106.25 |
| 10/25/2007 | GBR | TELEPHONE CALL WITH RICHARD DAVENPORT; ANALYSIS REDACTED | 400.00 /hr | 0.40 hrs | 160.00 |
| 10/26/2007 | GBR | EMAILS REGARDING STATUS. | 400.00 /hr | 0.40 hrs | 160.00 |
| 10/30/2007 | GBR | TELEPHONE CALL WITH RICHARD | 400.00 /hr | 0.10 hrs | 40.00 |

| 8902 | 07001 | | | Invoice Number | 64231 | Page | 2 |

DAVENPORT REGARDING STATUS.

| | | | |
|---|---|---|---|
| Total professional services | | | $2,112.75 |

**INVOICE SUMMARY**

| | | | |
|---|---|---|---|
| CRAIG V. GABBERT JR. | 0.25 hrs | 425 /hr | $106.25 |
| GLENN B. ROSE | 3.70 hrs | 400 /hr | $1,480.00 |
| J DAVID MCDOWELL | 2.70 hrs | 195 /hr | $526.50 |
| Professional Services | 6.65 hrs | | $2,112.75 |
| Disbursements Advanced | | | $0.00 |
| Total Current Charges | | | $2,112.75 |
| Less adjustment for Westlaw charges | | | ($1,500.00) |
| **Please Pay This Amount** | | | **$612.75** |



**HARWELL HOWARD HYNE**  315 DEADERICK STREET  SUITE 1800  NASHVILLE, TENNESSEE 37238-1800
**GABBERT & MANNER, P.C.**  615-256-0500  FAX 615-251-1059  www.h3gm.com

November 29, 2007
Billed through  11/29/2007
Invoice Number  64235

MILLIKEN & COMPANY  Our File #  8902  07001  GBR
ATTN: DENIS GOLDEN
350 MADISON AVENUE
24TH FLOOR
NEW YORK, NY 10017

TULLAHOMA INDUSTRIES, LLC

**PROFESSIONAL SERVICES RENDERED**

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/2007 | GBR | TELEPHONE CALL WITH CLIENT AND STAN LANE. | 400.00 /hr | 0.20 hrs | 80.00 |
| 11/02/2007 | GBR | TELEPHONE CALL WITH DAVENPORT, WORK ON TOTAL JUDGMENT AMOUNT. | 400.00 /hr | 0.30 hrs | 120.00 |
| 11/05/2007 | GBR | FINALIZING LETTER TO DAVENPORT; TELEPHONE CALL WITH DAVENPORT; EMAILS REGARDING STATUS. | 400.00 /hr | 0.80 hrs | 320.00 |
| 11/08/2007 | GBR | TELEPHONE CALL WITH CLIENT; EMAIL AND TELEPHONE CALL TO DAVENPORT. | 400.00 /hr | 0.70 hrs | 280.00 |
| 11/09/2007 | GBR | LETTER TO CITIZENS BANK RELEASING GUARANTY. | 400.00 /hr | 0.70 hrs | 280.00 |
| 11/12/2007 | GBR | EMAILS REGARDING CHECKS AND ATTORNEY FEES. | 400.00 /hr | 0.10 hrs | 40.00 |
| 11/19/2007 | GBR | LETTER AND EMAILS REGARDING $50,000 PAYMENT. | 400.00 /hr | 0.20 hrs | 80.00 |
| | | Total professional services | | | $1,200.00 |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| 11/19/2007 | AIR FREIGHT - FEDERAL EXPRESS # 799224482064 FED EX PACKAGE TO DENIS GOLDEN | | 13.18 |
| 11/26/2007 | WESTLAW CHARGES - JDM | | 316.48 |
| | Total disbursements | | $329.66 |

**INVOICE SUMMARY**

| | | | |
|---|---|---|---|
| GLENN B. ROSE | 3.00 hrs | 400 /hr | $1,200.00 |
| Professional Services | 3.00 hrs | | $1,200.00 |

| 8902 | 07001 | | Invoice Number | 64235 | Page | 2 |

| | |
|---|---:|
| Disbursements Advanced | $329.66 |
| Total Current Charges | $1,529.66 |
| Plus Net Balance Forward | $612.75 |
| **Please Pay This Amount** | **$2,142.41** |