# EXHIBIT "B"

MILLIKEN & COMPANY v. TULLAHOMA INDUSTRIES
H3GM BILLS 07/2007 THROUGH 11/2007

| DATE | FEES | DISBS. | TOTAL |
|---|---|---|---|
| 9/11/2007 | 8,483.00 | 460.76 | 8,943.76 |
| 10/052007 | 1,058.00 | 3,606.59 | 4,664.59 |
| 11/8/2007 | 2,112.75 | (1,500.00) | 612.75 |
| 11/29/2007 | 1,200.00 | 329.66 | 1,529.66 |
| | $ 12,853.75 | $ 2,897.01 | $ 15,750.76 |

Exhibit "B"