OTTERBOURG, STEINDLER, HOUSTON
  &amp; ROSEN, P.C.
Attorneys for Milliken & Company
230 Park Avenue
New York, New York
(212) 661-9100
Stanley L. Lane, Jr., (SL 8400)
Lloyd M. Green (LG 9140)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MILLIKEN & COMPANY,

                                Plaintiff,                              07 Civ. 3175 (HB) (FM)

            - against -                              **CERTIFICATE
                                                                   OF SERVICE**

TULLAHOMA INDUSTRIES, LLC,

                                Defendant.
------------------------------------------------------------------x

       I, Lloyd M. Green, certify under penalty of perjury that on Tuesday, December 4, 2007, I caused the following documents to be served upon defendant by Federal Express, Priority Overnight Delivery, for Wednesday, December 5, 2007:

        (1.)    Plaintiff's Memorandum of Law in Support of the Entry of an Order and Judgment for the Actual and Reasonable Legal Fees and Expenses Incurred by Plaintiff in the Prosecution of the Within Action;:

        (2.)    Declaration of Stanley L. Lane, Jr. in Support with Exhibits "A" through "C"; and

        (3.)    Declaration of Glenn B. Rose in Support with Exhibits "A" through "B";

by placing true copies of same in a Federal Express wrapper properly addressed to: Tullahoma Industries, LLC, 1811 Old Estill Springs Road, Tullahoma, Tennessee 37388, Att: Mr. Richard Davenport, (Tracking No. 7914 4787 4820).

                                                                               /s/ Lloyd M. Green
                                                                                 Lloyd M. Green

930862.1