UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOURK
------------------------------------------------------------------x
                                                                  :
MILLIKEN & COMPANY,                                               :
                                                                  :
                    Plaintiff,                                    :
                                                                  :     **ORDER**
            -against-                                             :     07CV3175 (HB)
                                                                  :
TULLAHOMA INDUSTRIES, LLC.                                        :
                                                                  :
                    Defendant.                                    :
                                                                  :
------------------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

WHEREAS, this Court entered a default judgment against defendant Tullahoma Industries, LLC in the amount of $163,358.69 on June 28, 2007, in favor of Milliken & Company; and

WHEREAS, expenses and attorneys fees due Milliken were referred to Magistrate Judge Maas to hear and determine, and upon consideration of the Inquest Report and Recommendation, forwarded to the parties on December 26, 2007, this Court adopts Magistrate Judge Maas's conclusions; and

WHEREAS, no objection to this report has been filed within the 10 days allotted period, it is hereby

ORDERED that this Court awards Milliken $31,932 in attorneys' fees and $4,176.75 in expenses; and it is further

ORDERED that this matter is closed and should be removed from my docket.

January 1_, 2008

Harold Baer, Jr.
**United States District Judge**

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 1/18/08*