UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

MILLIKEN & COMPANY,

                    Plaintiff,                             07 Civ. 3175 (HB)

     - against -                                   **JUDGMENT**

TULLAHOMA INDUSTRIES, LLC,

                    Defendant.
-------------------------------------------------------------------x

An Order having been made herein on January 18, 2008 and entered on January 22, 2008 (Hon. Harold Baer, Jr., U.S.D.J.) awarding plaintiff MILLIKEN & COMPANY ("Milliken") $31,932.00 in attorneys' fees and $4,176.75 in expenses for the principal sum of $36,108.75;

**NOW,** on motion of Milliken's counsel, Otterbourg, Steindler, Houston & Rosen, P.C., it is

**ORDERED, ADJUDGED, and DECREED,** that plaintiff, MILLIKEN & COMPANY, shall recover from defendant TULLAHOMA INDUSTRIES, LLC, 1811 Old Estill Springs Road, Tullahoma, Tennessee 37388, the principal amount of $36,108.75, together with the costs and disbursements of the motion and this action as taxed by the Clerk, ~~in the sum of $_____, making in all the sum of $_____~~, and that Milliken have enforcement thereof.

Dated: New York, New York
        February ___, 2008

                                                  _____
                                                     Harold Baer U.S.D.J.

961831.1                                                 **THIS DOCUMENT WAS ENTERED
                                                         ON THE DOCKET ON _____**