UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MILLIKEN & COMPANY,

                      Plaintiff,         07 Civ. 3175 (HB)

    - against -                  **SATISFACTION OF JUDGMENT**

TULLAHOMA INDUSTRIES, LLC,         #08, 0189

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    WHEREAS, a judgment was entered in the above action on the 2nd day of July, 2007 in favor of MILLIKEN & COMPANY and against TULLAHOMA INDUSTRIES, LLC in the amount of $163,358.69 plus interest from the 28th day of June, 2007, together with the costs and disbursements of this action as taxed, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
        February 8, 2008

                      OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

                      By: _____
                          Stanley L. Lane, Jr. (SL 8400)
                      Attorneys for Plaintiff Milliken & Company
                      230 Park Avenue
                      New York, New York 10169
                      (212) 661-9100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/08

967509.1

STATE OF NEW YORK            )
                             )   ss.:
COUNTY OF NEW YORK           )

        On the 8th day of February, 2008, before me personally came Stanley L. Lane, Jr. to me known and known to be a member of the firm of Otterbourg, Steindler, Houston & Rosen, P.C., attorneys for plaintiff Milliken & Company, in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

                                *Christine M. O'Brien*
                                Notary Public

CHRISTINE M. O'BRIEN
Notary Public, State of New York
No. 01OB××××××
Qualified in Nassau County
Commission Expires May ××, 20_10_

967509.1