UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MILLIKEN & COMPANY,

                          Plaintiff,         07 Civ. 3175 (HB)

    - against -                      **SATISFACTION OF JUDGMENT**

TULLAHOMA INDUSTRIES, LLC,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 5th day of February 2008 in favor of MILLIKEN & COMPANY and against TULLAHOMA INDUSTRIES, LLC in the amount of $36,18.75, together with the costs and disbursements of this action as taxed, and said judgment with costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       May 12, 2008

                            OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

                By:    _____
                         Lloyd M. Green (LG 9140)
                         Attorneys for Plaintiff Milliken & Company
                         230 Park Avenue
                         New York, New York 10169
                         (212) 661-9100

967509.2

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

On the 12th day of May, 2008, before me personally came Lloyd M. Green to me known and known to be a member of the firm of Otterbourg, Steindler, Houston & Rosen, P.C., attorneys for plaintiff Milliken & Company, in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

*Bernice Grossberg*
Notary Public

BERNICE GROSSBERG
Notary Public, State of New York
No. 31-6684840
Qualified in New York County
Commission Expires _____

967509.2